UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00468

**John Francis,**
*Plaintiff,*

v.

**John Doe,**
*Defendant.*

# ORDER

Plaintiff John Francis, an inmate of the Texas Department of Criminal Justice, filed this pro se lawsuit alleging violations of his constitutional rights. Doc. 3. The case was transferred to this court and referred to a magistrate judge, who issued a report and recommendation that plaintiff's lawsuit be dismissed without prejudice as frivolous and for failure to state a claim. Doc. 8; *see* 28 U.S.C. § 1915A(b). Plaintiff received a copy of the report and did not file objections. Doc. 9. The time for doing so has passed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This action is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on July 28, 2025.*

J. CAMPBELL BARKER
United States District Judge